U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

SEP 17 2007

ROBERT H. SHEMWELL, CLERK
BY _____
              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| JOHN B. DEVILLIER, JR. | CIVIL ACTION NO. 07-252 |
| VS. | SECTION P |
| CALCASIEU PARISH | JUDGE MINALDI |
| SHERIFF'S DEPARTMENT | |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915A.

**THUS DONE AND SIGNED**, in Chambers, in Lake Charles, Louisiana, on this __17__ day of __Sept__, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE